

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-22-00337-CV

## IN THE INTEREST OF L.T., A CHILD

_____

### From the County Court at Law
### Ellis County, Texas
### Trial Court No. 105524CCL

## MEMORANDUM OPINION

On October 17, 2022, Joseph LaFleur, the attorney ad litem for L.T., filed a notice of appeal challenging the trial court's final judgment denying the petition in intervention filed by L.T.'s grandparents and awarding permanent managing conservatorship of L.T. to the Department of Family and Protective Services. Thereafter, on December 12, 2022, LaFleur filed a notice of nonsuit, which we construe as a motion to dismiss this appeal. In this filing, LaFleur indicates that "the interest of L.T. can be met, and in fact are being met, by methods other than continuing this Appeal."

After review, we grant LaFleur's motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
*(Chief Justice Gray dissenting with a note)
Motion granted
Opinion delivered and filed December 21, 2022
[CV06]

*(Chief Justice Gray dissents from the Court's judgment dismissing the appeal. A separate opinion will not issue.)

